IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CARLOS FRAZIER**　　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
*ADC #650936*

v.　　　　　　　　　　CASE NO. 4:22-CV-00661-BSM

**SLOAN**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANT**
**Corporal, Dub Brassell Detention Center**

## ORDER

Having reviewed the entire record de novo, United States Magistrate Judge Jerome T. Kearney's proposed findings and recommendations [Doc. No. 6] is adopted. Carlos Frazier's complaint against Corporal Sloan is dismissed without prejudice for failure to state a claim upon which relief can be granted. An *in forma pauperis* appeal of this order would not be taken in good faith.

IT IS SO ORDERED this 21st day of September, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE