## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**CARLOS FRAZIER**                                                                          **PLAINTIFF**
*ADC #650936*

**v.**                                        **CASE NO. 4:22-CV-00661-BSM**

**SLOAN**                                                                                **DEFENDANT**
**Corporal, Dub Brassell Detention Center**

## <u>JUDGMENT</u>

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 21st day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE